**ELIZABETH M. BARROS**
California State Bar No. 227629
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: elizabeth_barros@fd.org

Attorneys for Defendant Mr. Barajas-Perez

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>**OLIVO BARAJAS-PEREZ**,<br>Defendant. | Case No. 08mj1137<br><br>**NOTICE OF APPEARANCE** |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Elizabeth M. Barros, Federal Defenders of San Diego, Inc., files this Notice of Appearance as attorney in the above-captioned case.

Respectfully submitted,

Dated: April 22, 2008

*s/ Elizabeth M. Barros*
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
elizabeth_barros@fd.org