**ELIZABETH M. BARROS**
California State Bar No. 227629
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
elizabeth_barros@fd.org

Attorneys for Mr. Barajas-Perez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**OLIVO BARAJAS-PEREZ**<br><br>Defendant. | ) | Case No. 08mj1137<br><br>**PROOF OF SERVICE** |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**ASSISTANT UNITED STATES ATTORNEY**
efile.dkt.gc1@usdoj.gov,

Dated: April 22, 2008

*s/ Elizabeth M. Barros*

**ELIZABETH M. BARROS**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: elizabeth_barros@fd.org