# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

08mj1137-BLM

UNITED STATES OF AMERICA,

Plaintiff

vs.

Barajas-Perez

Defendant(s)

CRIMINAL NO. ~~08cr 1339-JAH~~

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States ~~District~~/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Carlos Chavarria-Hernandez

2008 APR 30 P 4:11

RECEIVED U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

DATED: 4/30/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** ____________ **DUSM**

**OR**

**W. SAMUEL HAMRICK, JR. Clerk**

**by** [signature]

**Deputy Clerk**

☆ U.S. GPO: 2003-581-774/70082

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95